FILED

MAR 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10314 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00154-KJD |
| v. | |
| CARL D. EDWARDS, | MEMORANDUM * |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted February 16, 2010 **

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Carl D. Edwards appeals from the district court's judgment revoking his

supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and

we affirm.

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

DAT/Research

Edwards contends that the district court abused its discretion by denying his motion for substitution of counsel because it failed to conduct an adequate inquiry into the nature, extent, and reasons for Edwards' conflict with appointed counsel. The record reflects that the district court performed an adequate inquiry and concluded that the conflict centered upon a difference of opinion as to legal strategy. *See United States v. Smith*, 282 F.3d 758, 763 (9th Cir. 2002); *see also United States v. Mendez-Sanchez*, 563 F.3d 935, 943-44 (9th Cir. 2009).

**AFFIRMED.**